**E-FILED on**     11/10/05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFEREY FIGUEROA,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA SUPERIOR COURT OF CONTRA COSTA COUNTY JUVENILE DIVISION,<br><br>Respondent. | No. C-04-03081 RMW<br><br>ORDER TO SHOW CAUSE REGARDING PETITION FOR WRIT OF HABEAS CORPUS<br><br>**[Re Docket No. 1]** |

Petitioner files a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner alleges that he is in the unlawful custody of the Juvenile Probation Division of the California Superior Court in Contra Costa County.

The record before this court is incomplete, though it appears from the record that the federal court petition may be procedurally defective. The petitioner was declared to be a ward of the Juvenile Probation Division in mid-2002. His appeal of that decision was rejected by the California Court of Appeal on May 29, 2003, and the California Supreme Court declined to review the case on August 20, 2004. The California Supreme Court issued a one-sentence order denying petitioner a writ of habeas corpus on June 22, 2005.

**ORDER**

Respondent is ordered to show cause why petitioner's petition for a writ of habeas corpus, filed on July 29, 2004, should not be granted.

1.   The clerk shall serve by mail a copy of this order and the petition and all attachments thereto upon the respondent and the respondent's attorney, the Attorney General of the State of California.  The clerk shall also serve a copy of this order on the petitioner.

2.   Respondents shall file with the court and serve on petitioner, within sixty days of the issuance of this order, an answer showing cause why a writ of habeas corpus should not be granted.  Respondents shall file with the answer and serve on petitioner a copy of all portions of the administrative appeal record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.  If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondents within thirty days of his receipt of the answer.

3.   Respondents may file a motion to dismiss on procedural grounds in lieu of an answer within sixty days of the issuance of this order.  If respondents file such a motion, petitioner shall file with the court and serve on respondents an opposition or statement of non-opposition within thirty days of receipt of the motion, and respondents shall file with the court and serve on petitioner a reply within thirty days of receipt of any opposition.

DATED:   __11/10/05_____        ___/s/ Ronald M. Whyte_____
                                                              RONALD M. WHYTE
                                                              United States District Judge

1

**Notice of this document has been electronically sent to:**

2

**Counsel for Petitioner:**

3

Randy Montesano                                    sdm819@sbcglobal.net

4

5

6

     Date:  11/10/05                   /s/ JH

7

                                       Chambers of Judge Whyte

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28