E-filed 5/11/2006

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JEFFREY FIGUEROA,**<br><br>                              Petitioner,<br><br>v.<br><br>**CALIFORNIA SUPERIOR COURT OF CONTRA COSTA COUNTY JUVENILE DIVISION,**<br><br>                              Respondent. | C-04-03081 RMW<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's answer to be extended thirty (30) days to and including June 2, 2006.

Dated:  5/8/06                              *Ronald M. Whyte*
                                            The Honorable Ronald M. Whyte