**E-FILED on** 1/5/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY FIGUEROA, | No. C-04-03081 RMW |
| Petitioner, | |
| v. | JUDGMENT |
| CALIFORNIA SUPERIOR COURT OF CONTRA COSTA COUNTY JUVENILE DIVISION, | |
| Respondent. | |

On January 4, 2010 the court denied petitioner's application for a writ of habeas corpus. Therefore,

IT IS HEREBY ORDERED that judgment be entered in favor of respondent and that petitioner is not entitled to any relief by way of his petition.

DATED: 1/4/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-04-03081 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Petitioner:**

Randy Philip Montesano     rmontesano@hotmail.com

**Counsel for Respondent:**

Christopher Joseph Wei     christopher.wei@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   1/5/10                                         CCL
                                                **Chambers of Judge Whyte**